NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1480, -1486

LEVEL 3 COMMUNICATIONS, LLC,

Plaintiff-Appellant,

v.

LIMELIGHT NETWORKS, INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Eastern District of Virginia in case no. 07-CV-589, Judge Mark S. Davis.

ON MOTION

Before RADER, Circuit Judge.

## ORDER

Limelight Networks, Inc. (Limelight) moves for a 60-day extension of time, until January 18, 2010, to file its opening brief. Level 3 Communications, LLC opposes. Limelight replies. The parties also submit a joint stipulation concerning when they intended to file the aforementioned motion and responses.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Geoffrey Eaton, Esq.
      Robert G. Krupka, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK

2007-1488                                    2